UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ESPERANZA WILSON, HUMBERTO BORROTO

Case No.: 10-cv-22570-Moreno

Plaintiff, and all others similarly situated under 29 U.S.C. 216(B),

vs.

EMPIRE CONSTRUCTION, INC.
AYAN GONZALEZ

Defendants.
_____/

## **PLAINTIFFS' STATEMENT OF CLAIM**

Now comes the Plaintiffs, by and through the undersigned counsel, and files the above Statement of Claim as follows:

**ESPERANZA WILSON**
Period of Employment: September 4, 2008 – November 7, 2008
Weeks: 9 weeks
Hours worked: 98 hours per week
Rate of Pay: $12.00 per hour

Halftime Claim
Halftime Rate: $6.00 per hour
Amount of hours claimed at Halftime: 16 hours per week
Amount owed: 9 weeks X 16 hours X $6.00 per hour = $864.00

Time and a Half Claim
Time and a half rate: $18.00 per hour
Amount of hours claimed at Time and a Half: 42 hours per week
Amount owed: 9 weeks X 42 hours X $18.00 per hour = $6804.00

Total
$864.00 + $6804.00 = $7668.00
$7668.00 X 2 (liquidated damages) = $15,336.00

**HUMBERTO BORROTO**
Period of Employment: September 19, 2008 – December 19, 2008
Weeks: 13 weeks
Hours worked: 98 hours per week
Rate of Pay: $20.00 per hour

Time and a Half Claim
Time and a half rate: $30.00 per hour
Amount of hours claimed at Time and a Half: 58 hours per week

        Amount owed: $22,620.00

**Total**

        $22,620.00 X 2 (liquidated damages) = $45,240.00

\*Plaintiffs will also seek all attorneys' fees and costs permitted under the law

        **Respectfully submitted,**
        J.H. Zidell, Esq.
        J.H. Zidell, P.A.
        Attorney For Plaintiff
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By:__/s/ J.H. Zidell ____
          J.H. Zidell, Esq.
          Florida Bar No.: 0010121

## **CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was sent via CM/ECF on this 30th day of August 2010 to:

There has been no appearance by Counsel

        By:__/s/ J.H. Zidell ____
          J.H. Zidell, Esq.