UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-22570-CIV-MORENO/TORRES

ESPERANZA WILSON, HUMBERTO )
BORROTO and all others similarly situated )
under 29 U.S.C. 216(B), )
                                          )
    Plaintiffs, )
                                          )
vs. )
                                          )
EMPIRE CONSTRUCTION, INC. )
AYAN GONZALEZ )
                                          )
    Defendants. )
_____ )

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

    Come Now Plaintiffs, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and hereby dismiss their claims without prejudice.

    Respectfully Submitted,

    Daniel T. Feld, Esq.
    J.H. Zidell, P.A.
    Attorney For Plaintiff
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865 – 7167

    By:__/s/ Daniel T. Feld_____
        Daniel T. Feld, Esq.
        Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Dismissal Without Prejudice was served via U.S. Mail to EMPIRE CONSTRUCTION, INC., and AYAN GONZALEZ at 1521 Oak Springs Place Lake Mary, Florida 32746 on this 14th day of January, 2011.

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By:__/s/ Daniel T. Feld_____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013