UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-22570-CIV-MORENO**

ESPERANZA WILSON and HUMBERTO BORROTO,

    Plaintiffs,

vs.

EMPIRE CONSTRUCTION, INC. and AYAN GONZALEZ,

    Defendants.
_____/



CLOSED CIVIL CASE

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiffs' Notice of Voluntary Dismissal without Prejudice (**D.E. 13**), filed **January 14, 2011**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this /9 day of January, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record